# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **COUNTS ONE through FOUR**: *(Bank Robbery)* |
| v. | 18 U.S.C. § 2113(a) |
| | NMT: 20 Years' Imprisonment |
| WESTON R. WOMACK, | NMT: $250,000.00 Fine |
| [DOB:  06/04/2001] | NMT: 3 Years' Supervised Release |
| | Class C Felony |
| | |
| | $100 Special Assessment for Each Count |

## CRIMINAL COMPLAINT

**Case Number: 25-MJ-00132-WBG (LMC)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
*(Bank Robbery)*

On or about October 22, 2025, in the Western District of Missouri and elsewhere, the defendant, **WESTON R. WOMACK**, by force and violence, and intimidation did take from the person and presence of another, United States currency belonging to and in the care, custody, control, management, and possession of US Bank, located at 221 West Gregory Boulevard, Kansas City, Missouri, the deposits of which were then insured by the Federal Deposit Insurance Corporation, contrary to the provisions of Title 18, United States Code, Section 2113(a).

### COUNT TWO
*(Bank Robbery)*

On or about October 22, 2025, in the Western District of Missouri and elsewhere, the defendant, **WESTON R. WOMACK**, by force and violence, and intimidation did take from the person and presence of another, United States currency belonging to and in the care, custody, control, management, and possession of UMB Bank, located at 4920 Main Street, Kansas City, Missouri, the deposits of which were then insured by the

Federal Deposit Insurance Corporation, contrary to the provisions of Title 18, United States Code, Section 2113(a).

## COUNT THREE
*(Bank Robbery)*

On or about October 23, 2025, in the Western District of Missouri and elsewhere, the defendant, **WESTON R. WOMACK**, by force and violence, and intimidation did take from the person and presence of another, United States currency belonging to and in the care, custody, control, management, and possession of Security Bank of Kansas City, located at 5959 Northeast Antioch Road, Gladstone, Missouri, the deposits of which were then insured by the Federal Deposit Insurance Corporation, contrary to the provisions of Title 18, United States Code, Section 2113(a).

## COUNT FOUR
*(Bank Robbery)*

On or about October 23, 2025, in the Western District of Missouri and elsewhere, the defendant, **WESTON R. WOMACK**, by force and violence, and intimidation did take from the person and presence of another, United States currency belonging to and in the care, custody, control, management, and possession of UMB Bank, located at 1800 Grand Boulevard, Kansas City, Missouri, the deposits of which were then insured by the Federal Deposit Insurance Corporation, contrary to the provisions of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_DUSTIN GREEN_ (signature)
DUSTIN GREEN
Special Agent
Federal Bureau of Investigation

Sworn to before me via reliable electronic means,

October 24, 2025  **Sworn to by telephone**
                  **12:43 PM, Oct 24, 2025**     at   Kansas City, Missouri
Date                                                  City and State

HONORABLE LAJUANA COUNTS
United States Magistrate Judge                _Lajuana M. Counts_ (signature)
Name and Title of Judicial Officer            Signature of Judicial Officer