IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 25-mj-00132-WBG |
| ) | |
| WESTON WOMACK, ) | |
| ) | |
| *Defendant*. ) | |

## ENTRY OF APPEARANCE

COME NOW David Bell and the firm of Wyrsch Hobbs & Mirakian, P.C., and hereby enter their appearance on behalf of the defendant, Weston Womack, in the above-referenced matter.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:   s/ David Bell
     DAVID BELL   MO #49013
     One Kansas City Place
     1200 Main Street, Suite 2110
     Kansas City, MO 64105
     Tel:   816-221-0080
     Fax:  816-221-3280
     dbell@whmlaw.net

***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th of October 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ David Bell<br>
***Attorney for Defendant***